IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ryan Bibb,                                         Case No. 3:21 CV 646

                          Plaintiff,              <u>DISMISSAL ORDER</u>

          -vs-                                       JUDGE JACK ZOUHARY

Premier Bank,

                          Defendant.

This Court held an Initial Phone Status on May 19, 2021. Counsel present: Dan Solar for Plaintiff; Marcel Duhamel for Defendant

Counsel advise this case has resolved.

Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed by **June 25, 2021**, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                                    s/ *Jack Zouhary*
                                                                      JACK ZOUHARY
                                                                      U. S. DISTRICT JUDGE

                                                                    May 19, 2021